Certificate Number: 14912-PAM-DE-035552635

Bankruptcy Case Number: 21-00504


14912-PAM-DE-035552635

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on April 9, 2021, at 11:53 o'clock AM EDT, Israel Gonzalez-Soto completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  April 9, 2021

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor